1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL - 115133
2  REBECCA S. PEARSON - 209531
   425 Market Street, 26th Floor
3  San Francisco, CA  94105-2173
   Telephone:      (415) 777-3200
4  Facsimile:      (415) 541-9366
   soneill@hansonbridgett.com
5
   ELLIOTT C. BANKENDORF (*PRO HAC VICE*
6  *APPLICATION PENDING*)
   JOSEPH E. CWIK (*ADMITTED PRO HAC VICE*)
7  RICHARD J. GURAK (*PRO HAC VICE APPLICATION*
   *PENDING*)
8  WELSH & KATZ, LTD.
   120 South Riverside Plaza, 22nd Floor
9  Chicago, IL  60606
   (312) 655-1500
10
   Attorneys for Plaintiff
11 EL CLASIFICADO, INC.

12              **UNITED STATES DISTRICT COURT**

13        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15 EL CLASIFICADO, INC.,              | No. 1-05-CV-01331-OWW-SMS

16              Plaintiff,            | **FINAL CONSENT DECREE**

17       v.

18 OSCAR ACOSTA D/B/A/ THE            | Judge Oliver W. Wanger
   CLASSIFIED-EL CLASIFICADO(R)
19 AND CLAUDIA ACOSTA D/B/A THE
   CLASSIFIED-EL CLASIFICADO(R),
20
              Defendants.
21

22

23

24         Upon the consent and agreement of Plaintiff, El Clasificado Inc. ("ECI" or "Plaintiff"),

25 and Oscar Acosta d/b/a The Classified-El Clasificado(r) and Claudia Acosta d/b/a The Classified-

26 El Clasificado(r) ("Acosta" or "Defendants"), to the entry of a Final Consent Decree, and the

27 Court being fully and sufficiently advised in the premises:

28

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff contends in its Complaint that Defendants make extensive infringing use of ECI's trademarks in violation of ECI's rights under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, the California Business & Professions Code §§ 17200 et seq., and the California common law for unfair competition;

AND WHEREAS, the parties desire to finally settle and resolve any and all matters in dispute between them in relation to the above-captioned litigation.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Court has jurisdiction over the subject matter of this action.  Defendants hereby consent to the personal jurisdiction of this Court, agree that venue is proper in this District, and waive any objection they may have with regard to personal jurisdiction, venue or service of process.

2.      ECI is the owner of the trademarks, EL CLASIFICADO and EL CLASIFICADO ONLINE (hereinafter "the ECI trademarks"), as set forth in Paragraphs 5 and 6 of the Complaint in this action.

3.      Defendants and their principals, officers, agents, servants, employees, attorneys, those persons under their control or in active concert or participation with Defendants, successors in interest, and any purchaser of any portion of Defendants' publishing business, are hereby permanently enjoined throughout the world, from:

(a)     using the ECI trademarks, EL CLASIFICADO, EL CLASIFICADO ONLINE or any other mark confusingly similar thereto, including the English translation THE CLASSIFIED(S) and EL CLASIFICADOR, in whole or in part, in any advertisements, promotional materials, marketing materials, business cards, and on or in connection with any goods offered for sale or distributed to the public, including but not limited to, publications containing classified advertisements;

PDF created with pdfFactory trial version www.pdffactory.com

(b)    using any new marks confusingly similar to the ECI trademarks, EL CLASIFICADO or EL CLASIFICADO ONLINE, including the English translation THE CLASSIFIED(S) and EL CLASIFICADOR, in whole or in part, in any advertisements, promotional materials, marketing materials, business cards, and on or in connection with any goods offered for sale or distributed to the public, including but not limited to, publications containing classified advertisements;

(c)    using the words EL CLASIFICADO, EL CLASIFICADOR or THE CLASSIFIED(S), in whole or in part, in any business name associated with the Defendants; and

(d)    otherwise advertising or promoting its products in a manner that violates ECI's intellectual property rights.

4.     Within five business days after this Final Consent Decree is entered by the Court, Defendant shall deliver, via overnight mail, to Elliott C. Bankendorf, Welsh & Katz, Ltd., 120 S. Riverside Plaza, 22nd Floor, Chicago, IL 60606, all of Defendants' products bearing the ECI trademarks, including all products bearing the mark THE CLASSIFIED-EL CLASIFICADOR, and all of Defendants' advertisements, marketing materials and other materials using or displaying ECI's trademarks or any confusingly similar trademarks, including the mark THE CLASSIFIED-EL CLASIFICADOR.

5.     Within five business days after this Final Consent Decree is entered by the Court, the Defendants shall transfer ownership of the following domain names to Plaintiff: www.periodicoelclasificado.com , www.theclassified.net, and www.losanuncioclasificados.com. Defendants shall also perform all necessary acts to complete such a transfer of ownership.

6.     Except for any matters arising out of a violation of this Final Consent Decree, ECI does hereby release Defendants, including any parents, predecessors, subsidiaries, divisions or

PDF created with pdfFactory trial version www.pdffactory.com

associated organizations, and also including any of its present officers, employees, agents, attorneys, servants, and/or representatives, from any and all actions and causes of action, claims, demands, damages, attorneys' fees, costs, loss of services, expenses, compensation, suits, debts, documents, bonds, covenants, contracts, agreements and judgments of whatsoever kind, at law or in equity which were asserted or could have been asserted in this action, whether known or unknown, that ECI has or may have against Defendants arising out of the activities that form the basis for this lawsuit, prior to the date of this Final Consent Decree.

7.      Except for any matters arising out of a violation of this Final Consent Decree, Defendants do hereby release ECI, including any subsidiaries, divisions or associated organizations, and also including any of its present officers, employees, agents, attorneys, servants, and/or representatives, from any and all actions and causes of action, claims, demands, damages, attorneys' fees, costs, loss of services, expenses, compensation, suits, debts, documents, bonds, covenants, contracts, agreements and judgments of whatsoever kind, at law or in equity, which were asserted or could have been asserted in this action that Defendants have or may have against ECI, prior to the date of this Final Consent Decree.

8.      In any action to enforce this Final Consent Decree or any matter arising out of a violation of this Final Consent Decree, the prevailing party shall recover its costs and attorneys fees associated therewith.

9.      This Final Consent Decree shall bind and inure to the benefit of all parties hereto, and all its assigns and successors in interest.

10.     The Complaint in this action is dismissed with prejudice, with each party to bear its own fees and costs.

11.     This Final Consent Decree represents the entire understanding between the parties hereto with regard to the matters set forth in this Final Consent Decree.  There are no other oral or

FINAL CONSENT DECREE
1-05-CV-01331-OWW-sms

- 4 -

1234202.1

PDF created with pdfFactory trial version www.pdffactory.com

1  written representations, warranties, agreements, arrangements or undertakings between the parties

2  that are not fully expressed in this Final Consent Decree.  Any amendment or modification to this

3  Final Consent Decree must be made in writing and signed by the parties.

4      12.    The waiver by one party of any breach of this Final Consent Decree by the other

5
6  party shall not be deemed a waiver of any other prior or subsequent breach of this Final Consent

7  Decree.

8      13.    This Court shall retain jurisdiction over the parties to this action for the purpose of

9  enforcing the terms of this Consent Decree.

10  **APPROVED AS TO FORM:**                    **APPROVED AS TO FORM:**

11

12  _/s/ Richard J. Gurak     2/2/06_____          /s/ Oscar Acosta    1/31/06_____
    Elliott C. Bankendorf.                          Oscar Acosta
13  Joseph E. Cwik                                   322 S. Chester
    Richard J. Gurak                                 Bakersfield, CA 93304
14  WELSH & KATZ, LTD.
    120 S. Riverside Plaza • 22nd Floor              For and on behalf of Defendant, Oscar Acosta
15  Chicago, IL  60606                               d/b/a The Classified-El Clasificado(r)

16  For and on behalf of the Plaintiff, El           /s/ Claudia Acosta 1/31/06_____
    Clasificado Inc.                                 Claudia Acosta
17                                                   322 S. Chester
                                                     Bakersfield, CA 93304
18
                                                     For and on behalf of Defendant, Claudia
19                                                   Acosta d/b/a The Classified-El Clasificado(r)

20

21                          **ENTERED THIS _9TH_ DAY OF FEBRUARY, 2006**

22                          **/s/ OLIVER W. WANGER**

23                          _____
                            THE HONORABLE OLIVER W. WANGER
24                          UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

FINAL CONSENT DECREE                          - 5 -                          1234202.1
1-05-CV-01331-OWW-sms

PDF created with pdfFactory trial version www.pdffactory.com